**BASS ANGLERS SPORTSMAN SOCIE-
TY OF AMERICA, INC., Plaintiff-
Appellant,**

v.

**KOPPERS COMPANY, Inc., Defendant-
Appellee.**

No. 71–1622
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 1971.

Levin & Dees, Joseph J. Levin, Jr., Montgomery, Ala., for plaintiff-appellant.

John H. Morrow, Macbeth Wagnon, Jr., Birmingham, Ala., for Avondale Mills.

J. M. Williams, Jr., Montgomery, Ala., Tom Radney, Alexander City, Ala., for Russell Mills.

Ira DeMent, U. S. Atty., Montgomery, Ala., Samford, Torbert, Denson & Horsley, W. F. Horsley, Opelika, Ala., for West Point Pepp.

Shiro Kashiwa, Asst. Atty. Gen., Edmund B. Clark, Atty., Dept. of Justice, Washington, D. C., amici curiae.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Upon the joint opinion of the three District Judges, reported at 324 F.Supp. 412, *sub nom.*, Bass Anglers Sportsman Society of America, Inc. v. United States Steel Corporation, etc., et al., the judgment (or judgments) dismissing the action (or actions) in this case will be

Affirmed.

**Jack C. FREEMAN, for himself and all
others similarly situated, Plaintiff-
Appellant,**

v.

**Vivian L. MUNDY and W. L. Austin, In-
dividually, etc., Defendants-Appellees.**

No. 71–2053
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 1971.

William H. Traylor, John R. Myer, Robert N. Dokson, Michael H. Terry,

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

David Webster, Atlanta, Ga., for plaintiff-appellant.

Ernest D. Brookins, Michael W. Broadbear, Atlanta, Ga., George P. Dillard, Decatur, Ga., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Harold KELLMAN, individually, Harold Kellman, Trustee for Barbara Kellman, Ira Kellman and Stewart Kellman, Plaintiffs-Appellants,

v.

ICS, INC., a dissolved Michigan corporation, Information Control Systems, Inc., a Delaware corporation, et al., Defendants-Appellees.

No. 21046.

United States Court of Appeals,
Sixth Circuit.

Sept. 7, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.